UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**STORAGE PARTNERS #1, S.E.,**
Plaintiff,

**CIVIL NO. 05-2149(DRD)**

v.

**THE RABCO CORPORATION, ABC CORPORATION,**
Defendants.

| MOTION | RULING |
|---|---|
| **Date Filed:** 02/28/06<br><br>[X] **Plff**   [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION FOR CHANGE OF VENUE<br><br>**(Docket No. 12)** | **GRANTED**. Plaintiffs in the instant case filed a motion for change of venue pursuant to 28 U.S.C. §§ 1404(b), and 1406(a). Understanding that defendants had also requested change of venue to the appropriate court of jurisdiction in Orange County, Florida pursuant to the existing mandatory forum-selection clause between the parties (Docket No. 8), the Court deems the request for change of venue as a consented request for change of venue. Accordingly the Court now **DISMISSES** the instant claim **WITHOUT PREJUDICE** for improper venue and under the understanding that the parties will file the present claim in the appropriate forum. Hence, the parties are to commence this action in the proper venue – the **United States District Court for the Middle District of Florida**.<br><br>Judgment will be issued accordingly. |

**IT IS SO ORDERED.**

**Date**:  February 28, 2006

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**